```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 03826
   WILLIE SYKES III
   PATRICIA A LODGE SYKES                       CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1633     SSN XXX-XX-4747

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/07/2006 and was confirmed 07/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HARRIS NA                 SECURED           9593.30        187.90       9593.30
WELLS FARGO BANK          CURRENT MORTG        .00            .00           .00
SMC                       UNSECURED          243.35           .00        243.35
B-LINE LLC                UNSECURED        29112.27           .00      29112.27
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          750.90           .00        750.90
ROUNDUP FUNDING LLC       UNSECURED         1456.45           .00       1456.45
US EMPLOYEES CREDIT UNIO  UNSECURED       NOT FILED           .00           .00
FINGERHUT CORP            UNSECURED          239.39           .00        239.39
STUART B HANDELMAN        DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                       2,733.85
DEBTOR REFUND             REFUND                                            8.59

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            44,326.00

PRIORITY                                    .00
SECURED                                9,593.30
    INTEREST                             187.90
UNSECURED                             31,802.36
ADMINISTRATIVE                              .00
TRUSTEE COMPENSATION                   2,733.85
DEBTOR REFUND                              8.59
                   ---------------    ---------------
TOTALS             44,326.00          44,326.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |